UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MONIQUE SPENCER,　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　03-CV- 6217 (NGG)
　　　　　　　　Plaintiff,

　　-against-

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

　　　　　　　　Defendant.
------------------------------------------------------------X

　　　　A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on August 22, 2005, granting the Commissioner's motion for judgment on the pleadings; it is

　　　　ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the Commissioner's motion for judgment on the pleadings is granted.

Dated: Brooklyn, New York　　　　　　　　　　Robert C. Heinemann
　　　　　August 22, 2005　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Terry Vaughn
　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　for Operations